UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO BIGGS, | 1:04-cv-05720-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | **ORDER DISMISSING ACTION** |
| F. FUHLRODT, et al., | |
| Defendants. | |

Plaintiff, Rolando Biggs ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 14, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed April 14, 2005,
8 is ADOPTED IN FULL; and,
9  2.  This action is DISMISSED, with prejudice, for
10 plaintiff's failure to state any claims upon which relief may be
11 granted under section 1983 and for failure to timely comply with
12 a court order.
13  IT IS SO ORDERED.
14 **Dated:  May 17, 2005**           /s/ Robert E. Coyle
   668554                       UNITED STATES DISTRICT JUDGE